# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEFFERY WALBURN, *et al.* | ) Civil Action No. 2:20-cv-04621- ALM-EPD |
| Plaintiffs, | ) Chief Judge Algenon L. Marbley |
| v. | ) Magistrate Judge Elizabeth P. Deavers |
| CENTRUS ENERGY CORP., *et al.* | ) |
| Defendants. | ) |

---

### PLAINTIFFS' STIPULATIED MOTION TO AMEND COMPLAINT AND TO SUBSTITUE AND DISMISS PARTIES

---

Plaintiffs, Jeffery Walburn, et al., through undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 21, hereby move to amend their complaint to substitute various parties and to dismiss various parties without prejudice. Specifically, Plaintiffs seek to substitute Lockheed Martin Energy Systems, Inc. and Lockheed Martin Utility Services, Inc. for Defendants Lockheed Martin Corp. and Martin Marietta Inc., and to dismiss claims against Defendants Randall DeVault, Gregory Friedman, Steven Ahrenholz, and Larry Elliott, without prejudice. Plaintiffs' Second Amended Complaint has only been amended to the extent necessary to effect these changes.

In an effort to streamline litigation, Plaintiffs seek to amend their Complaint and to dismiss certain parties, as described above. Fed. R. Civ. P. 15(a)(2) allows the amendment of pleadings before trial, with the written consent of opposing parties or the Court's leave. Fed. R. Civ. P. 21 allows that this Court may, at any time, add or drop a party. Plaintiffs' counsel have been in communication with counsel for various Defendants and have sought consent to amend

their Complaint. Defendants Lockheed Martin, Martin Marietta, Dale Allen, Richard Coriell, Joe Deffenbaugh, Sandra Fout, and Emery Smith, through counsel Pat Hagan (also counsel for Lockheed Martin Energy Systems and Lockheed Martin Utility Services); Defendants Centrus, USEC, Fluor-BWXT Portsmouth, BWXT Conversion Services, Bechtel Jacobs Company, Uranium Disposition Services, Mid-American Conversion Services, LATA-Parallax, Daniel Poneman, Clyde Dulin, Jack Tully, and Ed Wagner, through counsel Jacob Mahle; and The Goodyear Tire & Rubber Company, through counsel Michael Zbiegien Jr., have stipulated to this Motion to Amend.

This Motion to Amend is being filed prior to the deadline for any party to file a responsive pleading. The remaining named Defendants will not be prejudiced by the requested substitution of parties or the dismissal of claims against specified Defendants.

For the foregoing reasons, Plaintiffs hereby respectfully request leave of this Court to file their Second Amended Complaint, and that claims against Defendants Randall DeVault, Gregory Friedman, Steven Ahrenholz, and Larry Elliott be dismissed without prejudice.

Respectfully submitted,

/s/ Nathan Hunter (0096389)
Trial Attorney
Hunter & Hunter LLC
1491 Polaris Pkwy #21416
Telephone: (234) 738-4648
Fax: (330) 294-1588
nathan@hunterfirm.org

*Counsel for Plaintiffs*

As to the stipulation:

/s/ Patrick Hagan (per email consent)
Patrick Hagan, Esq.
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8780
Patrick.hagan@dinsmore.com

*Counsel for Defendants Lockheed Martin,
Martin Marietta, Lockheed Martin Energy Systems,
Lockheed Martin Utility Services, Dale Allen,
Richard Coriell, Joe Deffenbaugh, Sandra Fout,
and Emery Smith*

/s/ Jacob D. Mahle (per email consent)
Jacob D. Mahle
Vorys Sater Seymour & Pease LLP
301 E. 4th St.
Suite 3500, Great American Tower
Cincinnati, OH 45202
513/852-7844
jdmahle@vorys.com

*Counsel for Defendants Centrus, USEC,
Fluor-BWXT Portsmouth,
BWXT Conversion Services,
Bechtel Jacobs Company,
Uranium Disposition Services,
Mid-American Conversion Services,
LATA-Parallax, Daniel Poneman, Clyde Dulin,
Jack Tully, and Ed Wagner*

/s/ Michael J. Zbiegien (per email consent)
Michael J. Zbiegien, Jr.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
216-706-3962
216-241-3707 (fax)
mzbiegien@taftlaw.com

*Counsel for The Goodyear Tire & Rubber Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record, and may be obtained through, the Court's CM/ECF System.

Respectfully submitted,

<u>/s/ Nathan Hunter (0096389)</u>
Trial Attorney
Hunter & Hunter LLC
1491 Polaris Pkwy #21416
Telephone: (234) 738-4648
Fax: (330) 294-1588
nathan@hunterfirm.org

*Counsel for Plaintiffs*