IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFERY WALBURN, *et al.* ) | Civil Action No. 2:20-cv-04621-ALM-EPD |
| ) | |
| Plaintiffs, ) | Chief Judge Algenon L. Marbley |
| ) | |
| v. ) | Magistrate Judge Elizabeth P. Deavers |
| ) | |
| CENTRUS ENERGY CORP., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by and through undersigned counsel, hereby voluntarily dismiss their claims without prejudice against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Nathan A. Hunter (0096389)
Trial Attorney
Nathan A. Hunter (0096389)
Hunter & Hunter LLC
1491 Polaris Pkwy #21416
Telephone: (234) 738-4648
Fax: (330) 294-1588
nathan@hunterfirm.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record, and may be obtained through, the Court's CM/ECF System.

Respectfully submitted,

/s/ Nathan A. Hunter (0096389)
Trial Attorney
Nathan A. Hunter (0096389)
Hunter & Hunter LLC
1491 Polaris Pkwy #21416
Telephone: (234) 738-4648
Fax: (330) 294-1588
nathan@hunterfirm.org

*Counsel for Plaintiffs*